# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE M. FIERRO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTRIGUE SPIRITS LIMITED, et al.,<br><br>　　　　　　　Defendants. | Case No. SACV 10-01455 DMG (RNBx)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's June 22, 2011 Order re Plaintiff's Motion for Default Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Intrigue Spirits Limited, Thomas Viola, Reich Bros, Inc., Izzy Goldreich, and Speciality Union Products PLD, jointly and severally, as follows:

1. As compensatory damages, plaintiff is awarded the sum of One Million Four Hundred Twenty-Nine Thousand Three Hundred Four Dollars and Eleven Cents ($1,429,304.11), comprised of $805,000 for her initial investment, $249,304.11 in prejudgment interest, and $375,000 in lost wages;

2. As punitive damages, plaintiff is awarded the sum of One Million Four Hundred Twenty-Nine Thousand Three Hundred Four Dollars and Eleven Cents ($1,429,304.11);

3. Plaintiff is awarded attorneys' fees in the amount of Sixty Thousand Seven Hundred Seventy-Two Dollars and Sixteen Cents ($60,772.16); and

4. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the Judgment.

DATED: August 11, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE