UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | SA CV 10-1455-DMG (RNBx) | Date | May 15, 2012 |
|---|---|---|---|

| Title | *Yvette M. Fierro v. Intrigue Spirits Limited, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY MOTION FILED BY THE LANDAU GROUP, PC TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS REICH BROS., INC. AND IZZY GOLDREICH SHOULD NOT BE DENIED**

On April 19, 2012, Kevin A. Landau of The Landau Group, PC, counsel for defendants Reich Bros., Inc. and Izzy Goldreich, filed a motion to withdraw as counsel for said defendants, noticed for hearing on May 18, 2012 at 9:30 a.m.

On April 30, 2012, the Court issued a minute order requiring defense counsel to provide proper notice to defendants of the consequences of corporate defendant's inability to appear *pro se*, to advise defendant Izzy Goldreich that he is required to appear for the motion hearing, and to file a declaration no later than May 10, 2012 regarding the status of compliance with the April 30, 2012 order.

Defense counsel having failed to file the declaration regarding the status of compliance with the April 30, 2012 order, IT IS ORDERED that Kevin A. Landau of The Landau Group, PC shall show cause in writing no later than **MAY 25, 2012** why the motion to withdraw as counsel should not be denied for his failure to comply with this Court's order of April 30, 2012. Mr. Landau shall also file a proof of service by May 25, 2012 demonstrating that he has served a copy of this Order and his response thereto on defendants Reich Bros., Inc. and Mr. Goldreich.

IT IS FURTHER ORDERED that the hearing on the motion to withdraw as counsel is hereby continued to **June 15, 2012 at 9:30 a.m.**

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk VV |
|---|---|---|